**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Eastern District of Virginia - Richmond Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jones, Brittny Shannon** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-5076** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**417 German School Crescent**<br>**Richmond, VA 23225** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Richmond City** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)          ☐ Railroad<br>☐ Corporation        ☐ Stockbroker<br>☐ Partnership        ☐ Commodity Broker<br>☐ Other_____    ☐ Clearing Bank | ■ Chapter 7        ☐ Chapter 11        ☐ Chapter 13<br>☐ Chapter 9        ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business        ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br> Must attach signed application for the court's consideration<br> certifying that the debtor is unable to pay fee except in installments.<br> Rule 1006(b). See Official Form No. 3.<br>**\*\*\* Sharon Choi Stuart VSB 45026 \*\*\*** |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | FORM B1, Page 2 |
|---|---|
| *(This page must be completed and filed in every case)* | Jones, Brittny Shannon |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Brittny Shannon Jones**
Signature of Debtor **Brittny Shannon Jones**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**September 15, 2005**
Date

**Signature of Attorney**

X   **/s/ Sharon Choi Stuart VSB**
Signature of Attorney for Debtor(s)

**Sharon Choi Stuart VSB 45026**
Printed Name of Attorney for Debtor(s)

**Boleman Law Firm, P.C.**
Firm Name
**P.O. Box 11588**
**Richmond, VA 23230-1588**
Address         **Email: info@bolemanlaw.com**
**(804) 358-9900  Fax: (804) 358-8704**
Telephone Number

**September 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual
whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Sharon Choi Stuart VSB        September 15, 2005**
Signature of Attorney for Debtor(s)       Date
**Sharon Choi Stuart VSB 45026**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Eastern District of Virginia - Richmond Division

In re     **Brittny Shannon Jones**                                                    ,     Case No. _____

                                                Debtor

                                                            Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

|  |  |  | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 4,965.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 35,878.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,877.24 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,900.00 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| | Total Assets | | 4,965.00 | | |
| | | Total Liabilities | 35,878.67 | | |

In re    **Brittny Shannon Jones** _____,    Case No. _____
                                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **Brittny Shannon Jones**                                          ,    Case No. _____

                                              Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | 30.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America - Checking account** | - | 400.00 |
| | | **Bank of America - savings account** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit w/Adyn Park Apts.** | - | 625.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods: microwave, 3 televisions, vcr, 2 dvd players, sofa, loveseat, coffee table, end table, lamps, kitchen table w/chairs, 2 bedroom sets, vacuum.** | - | 400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | - | 300.00 |
| 7. Furs and jewelry. | | **costume jewelry** | - | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >   **1,805.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Brittny Shannon Jones**                                          Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                     **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Brittny Shannon Jones**                                    ,    Case No. _____

                                   Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Ford Explorer w/120,000 miles** | - | **3,160.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | |
|---|---|
| Sub-Total > | **3,160.00** |
| (Total of this page) | |
| Total > | **4,965.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Brittny Shannon Jones**                                            Case No. _____
                                                                          ,
                                    Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **Va. Code Ann. § 34-4** | **30.00** | **30.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America - Checking account** | **Va. Code Ann. § 34-4** | **400.00** | **400.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security deposit w/Adyn Park Apts.** | **Va. Code Ann. § 34-4** | **625.00** | **625.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods:  microwave, 3 televisions, vcr, 2 dvd players, sofa, loveseat, coffee table, end table, lamps, kitchen table w/chairs, 2 bedroom sets, vacuum.** | **Va. Code Ann. § 34-26(4a)** | **400.00** | **400.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **Va. Code Ann. § 34-26(4)** | **300.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **costume jewelry** | **Va. Code Ann. § 34-4** | **50.00** | **50.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1995 Ford Explorer w/120,000 miles** | **Va. Code Ann. § 34-26(8)** | **2,000.00** | **3,160.00** |
| | **Va. Code Ann. § 34-4** | **1,160.00** | |

___**0**___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re  **Brittny Shannon Jones**                                              ,        Case No. _____
                                      Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**   continuation sheets attached

| | Subtotal (Total of this page) | |
|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E
(04/05)

In re    **Brittny Shannon Jones**                                                                    , Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___**0**___ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F
(12/03)

In re    **Brittny Shannon Jones**                                                                        ,    Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **unknown** <br><br> **AAC** <br> **Re:  Bankruptcy** <br> **7027 Miller Road** <br> **Warren, MI 48092** | | - | | | **unknown** <br> **Account balance** | | | | **567.00** |
| Account No. **unknown** <br><br> **AAC** <br> **Re:  Bankruptcy** <br> **7027 Miller Road** <br> **Warren, MI 48092** | | - | | | **unknown** <br> **account balance** | | | | **455.00** |
| Account No. **unknown** <br><br> **Advance America** <br> **Re:  Bankruptcy** <br> **4501 Williamsburg Rd., Ste. W** <br> **Richmond, VA 23231** | | - | | | **unknown** <br> **account balance** | | | | **232.25** |
| Account No. **unknown** <br><br> **American Studios/PCA** <br> **c/o Walmart Portrait Studios** <br> **2501 Sheila Lane** <br> **Richmond, VA 23225** | | - | | | **unknown** <br> **Account balance** | | | | **102.39** |

__28__   continuation sheets attached

Subtotal
(Total of this page)              **1,356.64**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                S/N:26279-050728    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Brittny Shannon Jones** ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Representing:** <br>**American Studios/PCA** | | | | **Pregressive Financial Services** <br>**RE: American Studios/ PCA** <br>**PO BOX 790** <br>**Mesa, AZ 85211-0790** | | | | |
| Account No. **unknown** <br><br>**Arrow Ser.** <br>**Re:  Bankruptcy** <br>**5996 West Touhy Avenue** <br>**Niles, IL 60714** | | - | | **unknown** <br>**account balance** | | | | 394.00 |
| Account No. **A0306073572801000000** <br><br>**AT&T** <br>**P.O. Box 8212** <br>**Aurora, IL 60572-8212** | | - | | **unknown** <br>**account balance** | | | | 68.21 |
| Account No. <br><br>**Representing:** <br>**AT&T** | | | | **NCO Financial Sys., Inc.** <br>**RE:  AT&T** <br>**P.O. Box 41417 Dept. 99** <br>**Philadelphia, PA 19101-1417** | | | | |
| Account No. **unknown** <br><br>**AT&T BroadBand** <br>**Attn: Bankruptcy Dept.** <br>**PO BOX 944122** <br>**Maitland, FL 32794-4122** | | - | | **unknown** <br>**Account balance** | | | | 272.00 |

Sheet no. __1___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

734.21

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                                    , Case No. _____

                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **unknown** <br><br> **AT&T- Pittsburgh** <br> **Attn: Bankruptcy Dept.** <br> **300 Corliss St** <br> **Pittsburgh, PA 15220-4815** | - | | | | **unknown** <br> **Account balance** | | | | 1,016.63 |
| Account No. <br><br> Representing: <br> **AT&T- Pittsburgh** | | | | | **CMI Collection** <br> **4200 International Parkway** <br> **Carrollton, TX 75007** | | | | |
| Account No. **unknown** <br><br> **BankFirst** <br> **Attn: Bankruptcy Dept** <br> **2600 West 49th Street** <br> **Sioux Falls, SD 57105** | - | | | | **10/99** <br> **Account balance** | | | | 264.00 |
| Account No. <br><br> Representing: <br> **BankFirst** | | | | | **Arrow Financial Services, LLC** <br> **RE:  Bankfirst** <br> **21031 Network Place** <br> **Chicago, IL 60673-1210** | | | | |
| Account No. **unknown** <br><br> **Big Lots** <br> **5730 Hopkins Rd.** <br> **Richmond, VA 23234** | - | | | | **unknown** <br> **account balance** | | | | 136.48 |

Sheet no. __**2**__ of __**28**__ sheets attached to Schedule of                                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                                                    (Total of this page)          **1,417.11**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Big Lots** | | | | | **Certegy Payment Recovery**<br>**RE:  Big Lots**<br>**P.O. Box 30031**<br>**Tampa, FL 33630-3031** | | | | |
| Account No. **77011070644**<br><br>**Black Expressions**<br>**Member Service Center**<br>**PO BOX 6325**<br>**Camp Hill, PA 17012-6325** | | - | | | **unknown**<br>**account balance** | | | | 84.37 |
| Account No.<br><br>**Representing:**<br>**Black Expressions** | | | | | **Penn Credit Corporation**<br>**RE:  Black Expressions**<br>**PO Box 988**<br>**Harrisburg, PA 17108-0988** | | | | |
| Account No. **unknown**<br><br>**Cash 2 U**<br>**3131 Mechannicsville Tnpk**<br>**Richmond, VA 23223** | | - | | | **unknown**<br>**account balance** | | | | 115.00 |
| Account No. **3010814**<br><br>**Cavalier Telephone**<br>**Attn:  Bankruptcy Department**<br>**P.O. Box 11146**<br>**Richmond, VA 23230-9998** | | - | | | **unknown**<br>**Account balance** | | | | 247.00 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

446.37

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Brittny Shannon Jones**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Cavalier Telephone** | | | **NCO Financial Sys., Inc.** <br>**RE : Cavalier Telephone** <br>**P.O. Box 41417** <br>**Philadelphia, PA 19101-1417** | | | | |
| Account No. **unknown** <br><br>**Certegy Payment Recovery** <br>**Re:  Bankruptcy** <br>**P.O. Box 30031** <br>**Tampa, FL 33630-3031** | - | | **2/03** <br>**Account balance** | | | | 37.00 |
| Account No. **unknown** <br><br>**Check City** <br>**PO BOX 970183** <br>**Orem, UT 84097** | - | | **unknown** <br>**account balance** | | | | 312.50 |
| Account No. **56710597** <br><br>**Check Smart** <br>**7015 Staples Mill Rd.** <br>**Richmond, VA 23228** | - | | **unknown** <br>**account balance** | | | | 254.40 |
| Account No. <br><br>**Representing:** <br>**Check Smart** | | | **AMO Recoveries** <br>**RE:  Check Smart** <br>**P.O. Box 926200** <br>**Norcross, GA 30010-6200** | | | | |

Sheet no. __4__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **603.90**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Brittny Shannon Jones** _____ ,    Case No. _____
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**Check Smart** | | | | **BCCI A Division of CheckSmart**<br>**5720 Avery Road**<br>**Dublin, OH 43016** | | | | |
| Account No.<br><br>**Representing:**<br>**Check Smart** | | | | **JP Recovery Service**<br>**PO BOX 16749**<br>**Rocky River, OH 44116-0749** | | | | |
| Account No. **Unknown**<br><br>**Chippenham/JW**<br>**Re: Bankruptcy**<br>**7101 Jahnke Road**<br>**Richmond, VA 23225** | - | | | 01/05<br>**Medical services** | | | | 122.00 |
| Account No. **Unknown**<br><br>**Chippenham/JW**<br>**Re: Bankruptcy**<br>**7101 Jahnke Road**<br>**Richmond, VA 23225** | - | | | 08/04<br>**Medical services** | | | | 282.00 |
| Account No. **unknown**<br><br>**Chippenham/JW Hospitals**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 13620**<br>**Richmond, VA 23225** | - | | | **unknown**<br>**account balance** | | | | 104.21 |

Sheet no. __5___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

508.21

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **937585670; 1003210182**<br><br>**Cingular Wireless**<br>**826 E. Park Dr.**<br>**Grayson, KY 41143** | - | | | **unknown**<br>**account balance** | | | | **786.01** |
| Account No.<br><br>**Representing:**<br>**Cingular Wireless** | | | | **AT&T Wireless**<br>**Re: Bankruptcy**<br>**P.O. Box 8220**<br>**Aurora, IL 60572-8220** | | | | |
| Account No.<br><br>**Representing:**<br>**Cingular Wireless** | | | | **First Revenue Assurance**<br>**RE: Cingular Wireless**<br>**P.O. Box 5818**<br>**Denver, CO 80217** | | | | |
| Account No.<br><br>**Representing:**<br>**Cingular Wireless** | | | | **Southwest Credit Systems**<br>**RE: Cingular Wireless**<br>**5910 W. Plano Pky, Ste 100**<br>**Plano, TX 75093-4638** | | | | |
| Account No.<br><br>**Representing:**<br>**Cingular Wireless** | | | | **SunCom**<br>**Attn: Bankruptcy Dept.**<br>**PO BOX 96067**<br>**Charlotte, NC 28296-0067** | | | | |

Sheet no. __**6**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **786.01**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones** _____,   Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **332342-0030218** <br><br> **City of Richmond** <br> **Dept. Public Utilities** <br> **600 East Broad St.** <br> **Richmond, VA 23219** | - | | | unknown <br> Account balance | | | | 225.76 |
| Account No. <br><br> Representing: <br> **City of Richmond** | | | | **CBT Credit Services** <br> **RE:  City of Richmond** <br> **P O Box 1508** <br> **Maumee, OH 43537-8508** | | | | |
| Account No. **unknown** <br><br> **Columbia House** <br> **Attn: Bankruptcy Dept** <br> **1400 N. Fruitridge Ave.** <br> **Terre Haute, IN 47812** | - | | | unknown <br> Account balance | | | | 117.99 |
| Account No. <br><br> Representing: <br> **Columbia House** | | | | **Dymacol, Inc.** <br> **3070 Lawson Blvd.** <br> **P.O. Box 9017** <br> **Oceanside, NY 11572-9017** | | | | |
| Account No. **006669807** <br><br> **Comcast** <br> **Attn: Bankruptcy Dept** <br> **6510 Iron Bridge Road** <br> **Richmond, VA 23234-5294** | - | | | unknown <br> Account balance | | | | 465.59 |

Sheet no. __7__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           809.34

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                    ,   Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**Comcast** | | | | | **CMI Collection**<br>**4200 International Parkway**<br>**RE:  Comcast**<br>**Carrollton, TX 75007** | | | | |
| Account No.<br><br>**Representing:**<br>**Comcast** | | | | | **Credit Management Inc.**<br>**RE:  Comcast**<br>**4200 International Pkwy.**<br>**Carrollton, TX 75007** | | | | |
| Account No. **1563288**<br><br>**Diversified Consulting, Inc.**<br>**Re: Bankrutpcy**<br>**PO Box 551268**<br>**Jacksonville, FL 32256** | - | | | | **unknown**<br>**Account Balance** | | | | 341.43 |
| Account No. **unknown**<br><br>**Dollar General Corporation**<br>**Re: Bankruptcy**<br>**1638 W. State Street**<br>**Baden, PA 15005** | - | | | | **unknown**<br>**Account balance** | | | | 56.95 |
| Account No.<br><br>**Representing:**<br>**Dollar General Corporation** | | | | | **ACS**<br>**RE:  Dollar General**<br>**2285 Murfeesboro Rd, Ste 200**<br>**Nashville, TN 37217** | | | | |

Sheet no. __**8**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

398.38

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Brittny Shannon Jones** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7200843261**<br><br>**Dominion Virginia Power**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 26543**<br>**Richmond, VA 23290-0001** | - | | **unknown**<br>**account balance** | | | | 500.78 |
| Account No. **114002267901**<br><br>**Drive Time**<br>**P O Box 52011**<br>**Phoenix, AZ 85072-2011** | - | | **2/03**<br>**account balance** | | | | 6,734.56 |
| Account No.<br><br>Representing:<br>**Drive Time** | | | **Law Office Richard Seierstad**<br>**RE:  Drive Time**<br>**P.O. Box 570**<br>**Sauk Rapids, MN 56379-0570** | | | | |
| Account No. **8042693679**<br><br>**Evercom**<br>**8201 Tristar Drive**<br>**Irving, TX 75063** | - | | **unknown**<br>**account balance** | | | | 58.00 |
| Account No.<br><br>Representing:<br>**Evercom** | | | **NCO Financial Sys., Inc.**<br>**RE:  Evercom - NCO**<br>**P.O. Box 41417 Dept. 99**<br>**Philadelphia, PA 19101** | | | | |

Sheet no. __**9**___ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,293.34**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Brittny Shannon Jones**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **unknown**  **Express Check Advance of VA** **5203 S. Laburnum Ave** **Richmond, VA 23231** | - | | | | unknown account balance | | | | **Unknown** |
| Account No. **5770-9155-2218-0222**  **FCNB** **Attn: Bankruptcy Dept** **P.O. Box 2210** **Portland, OR 97208-2210** | - | | | | unknown Account balance | | | | **299.00** |
| Account No.  **Representing: FCNB** | | | | | **Academy Collection Srvce** **RE:  FCNB** **10965 Decatur Road** **Philadelphia, PA 19154** | | | | |
| Account No.  **Representing: FCNB** | | | | | **Law Offices of Mitchell N. Kay** **P.O. Box 9006** **RE:  FCNB** **Smithtown, NY 11787-9006** | | | | |
| Account No. **unknown**  **First Union** **Attn: Bankruptcy** **P.O. Box 563966** **Charlotte, NC 28256** | - | | | | unknown Account balance | | | | **121.00** |

Sheet no. __**10**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**420.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**_____,   Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **Representing: First Union** | | | | **RSKMGTNAN3 Re:  First Union 2675 Breckinridge Blvd Duluth, GA 30096** | | | | |
| Account No.  **unknown**  **Frye Properties Hilltop North Apts. 3508 E. Richmond Rd., Ofc 11 Richmond, VA 23223** | | - | | **unknown Account balance** | | | | **602.62** |
| Account No.  **unknown**  **Grolier Credit Services Attn:  Bankruptcy Department P.O. Box 1757 Danbury, CT 06816-1757** | | - | | **unknown Account balance** | | | | **33.78** |
| Account No.  **Representing: Grolier Credit Services** | | | | **RMCB RE: Grolier 2269 S. Saw Mill River Rd., # Elmsford, NY 10523** | | | | |
| Account No.  **unknown**  **Hecht's May Credit Service Ctr. 111 Boulder IndustrialDr Bridgeton, MO 63044** | | - | | **8/99 account balance - judgment** | | | | **547.00** |

Sheet no. __11__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,183.40**

Form B6F - Cont.
(12/03)

In re  **Brittny Shannon Jones**                                                   ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Representing:** <br>**Hecht's** | | | | | **Berkeley & DeGaetini** <br>**Re:  Hecht's** <br>**1301 N. Hamilton, Ste. 200** <br>**Richmond, VA 23230** | | | | |
| Account No. **unknown** <br><br>**Heilig Meyers** <br>**Claims Administrator** <br>**P.O. Box 3240** <br>**Portland, OR 97208-3240** | | - | | | **11/98** <br>**account balance - judgment** | | | | **2,121.00** |
| Account No. **unknown** <br><br>**Household** <br>**PO BOX 98715** <br>**Las Vegas, NV 89193-8715** | | - | | | **unknown** <br>**Account balance** | | | | **363.62** |
| Account No. **unknown** <br><br>**Household Bank/ Orchard** <br>**Attn: Bankruptcy Dept.** <br>**PO Box 81622** <br>**Salinas, CA 93912-1622** | | - | | | **unknown** <br>**Account balance** | | | | **780.02** |
| Account No. <br><br>**Representing:** <br>**Household Bank/ Orchard** | | | | | **Great Seneca Financial Corp.** <br>**RE:  Household** <br>**P.O. Box 1651** <br>**Rockville, MD 20849** | | | | |

| | |
|---|---|
| Sheet no. __**12**__ of __**28**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page)   **3,264.64** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Brittny Shannon Jones**                                          ,          Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.

**Representing:**
**Household Bank/ Orchard** | | | | | **HSBC NV**
**Re:  Bankrupcty**
**1441 Schilling Place**
**Salinas, CA 93901** | | | | |
| Account No.

**Representing:**
**Household Bank/ Orchard** | | | | | **Wolpoff & Abramson**
**Re:  Great Seneca/ Household**
**10605 Judicial, Bldg A-5**
**Fairfax, VA 22030** | | | | |
| Account No. **113263**

**Insurance Billing Service Inc.**
**RE:  Bankruptcy**
**P.O. Box 35803**
**Richmond, VA 23235** | - | | | | unknown
account balance | | | | **91.41** |
| Account No.

**Representing:**
**Insurance Billing Service Inc.** | | | | | **Security Credit Systems**
**P.O. Box 846**
**RE:  Insurance Billing Service**
**Buffalo, NY 14240** | | | | |
| Account No. **unknown**

**JP Recovery Service**
**PO BOX 16749**
**Rocky River, OH 44116-0749** | - | | | | unknown
Account balance | | | | **257.30** |

Sheet no. __**13**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **348.71**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Brittny Shannon Jones**                                    ,        Case No. _____
                                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **unknown** <br><br> **Marlin Intergra** <br> **Re:  Bankruptcy** <br> **P.O. Box 967** <br> **Horsham, PA 19044-0967** | - | | | | **unknown** <br> **Account balances** | | | | 104.00 |
| Account No. **2FK87182** <br><br> **MCI** <br> **P.O. Box 4644** <br> **Iowa City, IA 52244-4644** | - | | | | **unknown** <br> **Account balance** | | | | 200.00 |
| Account No. <br><br> **Representing:** <br> **MCI** | | | | | **GC Services** <br> **RE:  MCI** <br> **P.O. Box 36796** <br> **Houston, TX 77236** | | | | |
| Account No. <br><br> **Representing:** <br> **MCI** | | | | | **Park Danson** <br> **RE:  MCI** <br> **P.O. Box 248** <br> **Gastonia, NC 28053** | | | | |
| Account No. **unknown** <br><br> **MCI Telecommunications** <br> **Attn: Bankruptcy** <br> **3470 Rider Trl S** <br> **Earth City, MO 63045-1109** | - | | | | **unknown** <br> **Account balance** | | | | 200.70 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **504.70**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Brittny Shannon Jones**                                                    , Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: MCI Telecommunications** | | | | | Encore Receivable Management RE:  MCI Telecommunications P.O. Box 3330 Olathe, KS 66063-3330 | | | | |
| Account No. **unknown** **MCV Hospitals Attn: Bankruptcy Dept P.O. Box 980462 Richmond, VA 23298-0462** | | - | | | unknown Medical services | | | | 228.92 |
| Account No. **Representing: MCV Hospitals** | | | | | MCV Physicians Attn: Bankruptcy Dept 1605 Rhoadmiller Street Richmond, VA 23220 | | | | |
| Account No. **MCV Hospitals P.O. Box 26728 Richmond, VA 23261-6728** | | - | | | Medical services | | | | 135.00 |
| Account No. **Representing: MCV Hospitals** | | | | | MCV Physicians Attn: Bankruptcy Dept 1605 Rhoadmiller Street Richmond, VA 23220 | | | | |

Sheet no. __**15**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **363.92**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                    ,         Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **unknown** <br><br> **Newport News Card Processing Ctr P.O. Box 9204 Old Bethpage, NY 11804** | - | | | | **10/99 Account balance** | | | | **296.00** |
| Account No. **unknown** <br><br> **NTelos/Primeco Attn:  Bankruptcy Department P.O. Box 580423 Charlotte, NC 28258-0423** | - | | | | **unknown Account balance** | | | | **580.00** |
| Account No. <br><br> Representing: **NTelos/Primeco** | | | | | **Park Dansan RE:  Ntelos Wireless P.O. Box 248 Gastonia, NC 28053** | | | | |
| Account No. **unknown** <br><br> **Old Navy Re:  Bankruptcy P.O. Box 103090 Roswell, GA 30076** | - | | | | **unknown account balance** | | | | **163.00** |
| Account No. <br><br> Representing: **Old Navy** | | | | | **Bennett & DeLoney RE:  Old Navy PO Box 190 Midvale, UT 84047** | | | | |

Sheet no. __**16**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,039.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Brittny Shannon Jones**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**Old Navy** | | | | **TeleCheck Recovery**<br>**Re: Old Navy**<br>**Dept 74**<br>**Denver, CO 80281-0074** | | | | |
| Account No. **unknown**<br><br>**Payday USA**<br>**3725 Mechanicsville Tnpk**<br>**Richmond, VA 23223** | | - | | **unknown**<br>**account balance - judgment** | | | | 460.00 |
| Account No. **Az0142**<br><br>**Pizza Hut - Corporate Office**<br>**Re: Bankruptcy**<br>**2824 Bill Owens Pky**<br>**Longview, TX 75605** | | - | | **unknown**<br>**account balance** | | | | 203.24 |
| Account No.<br><br>**Representing:**<br>**Pizza Hut - Corporate Office** | | | | **JBC Legal Group**<br>**RE: Pizza Hut**<br>**2 Broad Street 6th floor**<br>**Bloomfield, NJ 07003-2550** | | | | |
| Account No.<br><br>**Representing:**<br>**Pizza Hut - Corporate Office** | | | | **Ogden Check Approval**<br>**Re: Pizza Hut**<br>**1445 Kempsville Road**<br>**Virginia Beach, VA 23464-7301** | | | | |

Sheet no. __17__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

663.24

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Brittny Shannon Jones**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **unknown** <br><br> **Reader's Digest** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 5218** <br> **Clifton, NJ 07015-5218** | - | | | | unknown <br> Account balance | | | | 6.77 |
| Account No. **490132897-0** <br><br> **Richmond Community Hospital** <br> **Attn:  Bankruptcy Department** <br> **P.O. Box 27184** <br> **Richmond, VA 23261** | - | | | | unknown <br> account balance | | | | 40.13 |
| Account No. <br><br> **Representing:** <br> **Richmond Community Hospital** | | | | | CBCS <br> RE:  Richmond Community Hosp. <br> P.O. Box 69 <br> Columbus, OH 43216-0069 | | | | |
| Account No. **Unknown** <br><br> **Richmond Community Hospital** <br> **Attn:  Bankruptcy Department** <br> **P.O. Box 27184** <br> **Richmond, VA 23261** | - | | | | 08/04 <br> Medical services | | | | 100.00 |
| Account No. **Unknown** <br><br> **Richmond Community Hospital** <br> **Attn:  Bankruptcy Department** <br> **P.O. Box 27184** <br> **Richmond, VA 23261** | - | | | | 07/04 <br> Medical services | | | | 97.00 |

Sheet no. __18__ of __28__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        243.90

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                      ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown** <br><br> **Richmond Community Hospital** <br> **Attn: Bankruptcy Department** <br> **P.O. Box 27184** <br> **Richmond, VA 23261** | - | | **05/04** <br> **Medical services** | | | | 31.00 |
| Account No. **unknown** <br><br> **Richmond Redevelopment** <br> **and Housing Authority** <br> **918 Chamberlayne Pkwy.** <br> **Richmond, VA 23220** | - | | **9/04** <br> **account balance - judgment** | | | | 359.00 |
| Account No. **unknown** <br><br> **Richmond Redevelopment** <br> **and Housing Authority** <br> **918 Chamberlayne Pkwy.** <br> **Richmond, VA 23220** | - | | **9/04** <br> **account balance - judgment** | | | | 359.00 |
| Account No. **unknown** <br><br> **Richmond Redevelopment** <br> **and Housing Authority** <br> **918 Chamberlayne Pkwy.** <br> **Richmond, VA 23220** | - | | **6/04** <br> **account balance - judgment** | | | | 158.00 |
| Account No. **unknown** <br><br> **Richmond Redevelopment** <br> **and Housing Authority** <br> **918 Chamberlayne Pkwy.** <br> **Richmond, VA 23220** | - | | **6/04** <br> **account balance - judgment** | | | | 201.00 |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,108.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Brittny Shannon Jones**                                              , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown** <br><br> **Riddle & Associates** <br> **RE:  Bankruptcy** <br> **PO Box 1187** <br> **Sandy, UT 84091** | - | | **unknown** <br> **account balance** | | | | 126.63 |
| Account No. **unknown** <br><br> **Riddle & Associates** <br> **RE:  Bankruptcy** <br> **PO Box 1187** <br> **Sandy, UT 84091** | - | | **unknown** <br> **account balance** | | | | 37.53 |
| Account No. **unknown** <br><br> **Security Check, LLC** <br> **Re:  Bankruptcy** <br> **P.O. Box 1211** <br> **Oxford, MS 38655-1211** | - | | **unknown** <br> **account balance** | | | | 170.53 |
| Account No. <br><br> **Representing:** <br> **Security Check, LLC** | | | **Bennett & DeLoney** <br> **RE:  Security Check LLC** <br> **PO Box 190** <br> **Midvale, UT 84047** | | | | |
| Account No. **unknown** <br><br> **Signature Auto Sales** <br> **7401 Midlothian Tnpk** <br> **Richmond, VA 23225** | - | | **unknown** <br> **account balance** | | | | 5,000.00 |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,334.69

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                ,      Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **35422.00**<br><br>**Somerset Glen Apartments**<br>**Attn:  Bankruptcy Department**<br>**406 Westover Hills Boulevard**<br>**Richmond, VA 23225** | - | | | | **unknown**<br>**account balance - judgment** | | | | **300.00** |
| Account No.<br><br>**Representing:**<br>**Somerset Glen Apartments** | | | | | **William K Grogan & Assoc**<br>**RE:  Somerset Glen Apts.**<br>**206 East Cary Street**<br>**Richmond, VA 23219** | | | | |
| Account No. **unknown**<br><br>**Somerset Glen Apartments**<br>**Attn:  Bankruptcy Department**<br>**406 Westover Hills Boulevard**<br>**Richmond, VA 23225** | - | | | | **11/04**<br>**account balance - judgment** | | | | **52.00** |
| Account No. **0092717231**<br><br>**Sprint PCS**<br>**P O Box 740602**<br>**Cincinnati, OH 45274-0602** | - | | | | **unknown**<br>**Account balance** | | | | **453.48** |
| Account No.<br><br>**Representing:**<br>**Sprint PCS** | | | | | **Allied Interstate**<br>**PO Box 361444**<br>**RE:  Sprint PCS**<br>**Columbus, OH 43236** | | | | |

Sheet no. __**21**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **805.48**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Sprint PCS** | | | | | **Asset Acceptance**<br>**RE:  Sprint PCS**<br>**PO Box 2036**<br>**Warren, MI 48090** | | | | |
| Account No.<br><br>**Representing:**<br>**Sprint PCS** | | | | | **Asset Management Group, Inc**<br>**407 W. Clay St. Suite B**<br>**RE:  Sprint PCS**<br>**Richmond, VA 23220** | | | | |
| Account No.<br><br>**Representing:**<br>**Sprint PCS** | | | | | **Financial Asset Management**<br>**Re: Sprint PCS**<br>**PO BOX 620429**<br>**Atlanta, GA 30362** | | | | |
| Account No.<br><br>**Representing:**<br>**Sprint PCS** | | | | | **National Asset Management**<br>**PO BOX 724747**<br>**RE:  Sprint PCS**<br>**Atlanta, GA 31139** | | | | |
| Account No.<br><br>**Representing:**<br>**Sprint PCS** | | | | | **Nextel Communications**<br>**11551 Nuckols Road**<br>**Glen Allen, VA 23059** | | | | |

Sheet no. __22__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **unknown**<br><br>**Step N Style**<br>**1601 Willow Lawn Drive**<br>**Richmond, VA 23230** | | - | | | **unknown**<br>**Insufficient Funds** | | | | 49.29 |
| Account No.<br><br>Representing:<br>**Step N Style** | | | | | **TeleCheck Recovery**<br>**Re:  Step N Style**<br>**Dept 74**<br>**Denver, CO 80281-0074** | | | | |
| Account No. **90001759553390**<br><br>**Target/Retailers Nat Bnk**<br>**Re:  Bankruptcy**<br>**900 W. Sproul Road**<br>**Springfield, PA 19064** | | - | | | **unknown**<br>**Account balance** | | | | 402.93 |
| Account No.<br><br>Representing:<br>**Target/Retailers Nat Bnk** | | | | | **Asset Acceptance LLC**<br>**Re:  Target**<br>**P.O Box 2036**<br>**Warren, MI 48090-2036** | | | | |
| Account No. **2FK87182**<br><br>**Telecom USA**<br>**RE:  Bankruptcy**<br>**P.O. Box 17890**<br>**Denver, CO 80217-0890** | | - | | | **unknown**<br>**account balance** | | | | 63.32 |

Sheet no.  __23__  of  __28__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

515.54

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                        ,        Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1698927645** | | | | | unknown account balance | | | | |
| **Time Inc.** **P.O. Box 60001** **Tampa, FL 33660** | - | | | | | | | | 56.94 |
| Account No. **unknown** | | | | | unknown account balance | | | | |
| **TOSH inc.** **3906 Hull Street** **Richmond, VA 23224** | - | | | | | | | | 312.50 |
| Account No. **unknown** | | | | | 11/01 account balance - judgment | | | | |
| **Town & Country Apartments** **Re: Bankruptcy** **6551 Elmbridge Rd.** **Richmond, VA 23225** | - | | | | | | | | 1,806.00 |
| Account No. **unknown** | | | | | 1/01 account balance - judgment | | | | |
| **Town & Country Apartments** **Re: Bankruptcy** **6551 Elmbridge Rd.** **Richmond, VA 23225** | - | | | | | | | | 566.00 |
| Account No. **unknown** | | | | | unknown Account balance | | | | |
| **TPG** **PO BOX 56861** **Boulder, CO 80322-6861** | - | | | | | | | | 12.00 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,753.44

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Brittny Shannon Jones**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **unknown** <br><br> **VAC LLLP** <br> **RE: Bankruptcy** <br> **2400 Milhaven Drive** <br> **Richmond, VA 23233** | | - | | | **4/05** <br> **account balance - judgment** | | | | **699.00** |
| Account No. **unknown** <br><br> **VAC LLLP** <br> **RE: Bankruptcy** <br> **2400 Milhaven Drive** <br> **Richmond, VA 23233** | | - | | | **4/05** <br> **account balance - judgment** | | | | **559.00** |
| Account No. **00068289561745Y** <br><br> **Verizon** <br> **Attn: Bankruptcy Dept** <br> **P.O. Box 17577** <br> **Baltimore, MD 21297-0513** | | - | | | **unknown** <br> **Account balance** | | | | **601.84** |
| Account No. <br><br> **Representing:** <br> **Verizon** | | | | | **MRI** <br> **RE: Verizon** <br> **P.O.Box 784** <br> **Harrisburg, PA 17108** | | | | |
| Account No. <br><br> **Representing:** <br> **Verizon** | | | | | **Penn Credit Corporation** <br> **RE: Verizon** <br> **PO Box 988** <br> **Harrisburg, PA 17108-0988** | | | | |

Sheet no. __**25**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,859.84**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Brittny Shannon Jones**                                                ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**Verizon** | | | | **RSKMGTWSRV**<br>**Re:  Verizon**<br>**2675 Breckenridge Blvd.**<br>**Duluth, GA 30096** | | | | |
| Account No.<br><br>**Representing:**<br>**Verizon** | | | | **Solomon & Solomon**<br>**Re:  Verizon**<br>**Box 15019**<br>**Albany, NY 12212-5019** | | | | |
| Account No. **unknown**<br><br>**Virginia Credit Union**<br>**Attn: Barbara Bowles**<br>**P.O. Box 90010**<br>**Richmond, VA 23225** | - | | | **unknown**<br>**account balance** | | | | 759.67 |
| Account No.<br><br>**Representing:**<br>**Virginia Credit Union** | | | | **Transworld Systems Inc**<br>**RE:  Virginia Credit Union**<br>**4560 South Blvd, Ste.100**<br>**Virginia Beach, VA 23452** | | | | |
| Account No. **230001-540513;230001-439926**<br><br>**Virginia Emerg Physicians**<br>**RE: Bankruptcy**<br>**P.O. Box 85597**<br>**Richmond, VA 23285-5597** | - | | | **unknown**<br>**Account balance (445499)** | | | | 142.00 |

Sheet no. __**26**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**901.67**

Form B6F - Cont.
(12/03)

In re  **Brittny Shannon Jones**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing:** **Virginia Emerg Physicians** | | | | Capital Recovery Service RE:  Virginia Emer. Phys. P.O. Box 1170 Fairfax, VA 22030-1170 | | | | |
| Account No. **1503940** **Wachovia** **PO BOX 3117** **Winston Salem, NC 27102** | | - | | unknown account balance | | | | 121.09 |
| Account No. **Representing:** **Wachovia** | | | | Risk Management Alt. RE:  Wachovia PO BOX 105236 Atlanta, GA 30348 | | | | |
| Account No. **unknown** **Walgreens** **5122 Hull Street Rd.** **Richmond, VA 23224** | | - | | unknown Account balance | | | | 35.90 |
| Account No. **Representing:** **Walgreens** | | | | Accu Check RE:  Walgreens PO Box 2864 Tuscaloosa, AL 35403-2864 | | | | |

Sheet no.  __27__  of  __28__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    156.99

Form B6F - Cont.
(12/03)

In re   **Brittny Shannon Jones**                                        ,   Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br><br>**WFNNB/EXPRESS**<br>**Attn: Bankruptcy Dept**<br>**220 W. Schrock Road**<br>**Westerville, OH 43081** | - | | **6/99**<br>**Account balance** | | | | **58.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __28__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **58.00** |
| Total<br>(Report on Summary of Schedules) | **35,878.67** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re   **Brittny Shannon Jones**                                              ,   Case No. _____

                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T Wireless**<br>**Re: Bankruptcy**<br>**P.O. Box 8220**<br>**Aurora, IL 60572-8220** | **Reject contract.** |
| **Cingular Wireless**<br>**826 E. Park Dr.**<br>**Grayson, KY 41143** | **Reject contract.** |
| **SunCom**<br>**Attn: Bankruptcy Dept.**<br>**PO BOX 96067**<br>**Charlotte, NC 28296-0067** | **Reject contract.** |

    **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Brittny Shannon Jones**                                    ,    Case No. _____
                                     Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

Form B6I
(12/03)

In re __Brittny Shannon Jones_____   Case No. _____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP<br>**son** | AGE<br>**5** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **customer service** | |
| Name of Employer | **Bank of America** | |
| How long employed | **4 months** | |
| Address of Employer | | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **2,080.64** | $ | **N/A** |
| Estimated monthly overtime | $ | **0.00** | $ | **N/A** |
| SUBTOTAL | $ | **2,080.64** | $ | **N/A** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **293.10** | $ | **N/A** |
| b. Insurance | $ | **82.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify)    **See Detailed Income Attachment** | $ | **28.30** | $ | **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **403.40** | $ | **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,677.24** | $ | **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **N/A** |
| Income from real property | $ | **0.00** | $ | **N/A** |
| Interest and dividends | $ | **0.00** | $ | **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| Social security or other government assistance (Specify) | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| Pension or retirement income | $ | **0.00** | $ | **N/A** |
| Other monthly income (Specify)   **other income** | $ | **200.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| TOTAL MONTHLY INCOME | $ | **1,877.24** | $ | **N/A** |

TOTAL COMBINED MONTHLY INCOME   $ _____**1,877.24**_____   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6I
(12/03)

In re  **Brittny Shannon Jones**
_____
Debtor(s)

Case No.  _____

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | | |
|---|---|---|---|
| dental insurance | $ | 19.00 | $ | N/A |
| supplemental insurance | $ | 6.18 | $ | N/A |
| other insurance | $ | 3.12 | $ | N/A |
| **Total Other Payroll Deductions** | $ | 28.30 | $ | N/A |

In re   **Brittny Shannon Jones**                                              Case No. _____
                          _____
                                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 625.00 |
| Are real estate taxes included? | Yes ____ | No **X** | | |
| Is property insurance included? | Yes ____ | No **X** | | |
| Utilities:  Electricity and heating fuel | | | $ | 80.00 |
| Water and sewer | | | $ | 40.00 |
| Telephone | | | $ | 40.00 |
| Other   **See Detailed Expense Attachment** | | | $ | 90.00 |
| Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| Food | | | $ | 310.00 |
| Clothing | | | $ | 50.00 |
| Laundry and dry cleaning | | | $ | 0.00 |
| Medical and dental expenses | | | $ | 25.00 |
| Transportation (not including car payments) | | | $ | 120.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| Charitable contributions | | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| Homeowner's or renter's | | | $ | 0.00 |
| Life | | | $ | 0.00 |
| Health | | | $ | 0.00 |
| Auto | | | $ | 60.00 |
| Other | | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify)   **pp taxes amoritized** | | | $ | 10.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | | |
| Auto | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| Other   **See Detailed Expense Attachment** | | | $ | 450.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)          $ | 1,900.00

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | | |
|---|---|---|---|
| A.  Total projected monthly income | | $ | **N/A** |
| B.  Total projected monthly expenses | | $ | **N/A** |
| C.  Excess income (A minus B) | | $ | **N/A** |
| D.  Total amount to be paid into plan each | _____ | $ | **N/A** |
| | (interval) | | |

In re    **Brittny Shannon Jones**                                                    Case No. _____
                              Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| cell phone | $ 40.00 |
| cable | $ 50.00 |
| **Total Other Utility Expenditures** | $ **90.00** |

**Other Expenditures:**

| | |
|---|---:|
| haircuts and personal grooming | $ 110.00 |
| child care | $ 300.00 |
| school lunches/activities/supplies | $ 40.00 |
| **Total Other Expenditures** | $ **450.00** |

# United States Bankruptcy Court
## Eastern District of Virginia - Richmond Division

In re **Brittny Shannon Jones** _____

Debtor(s)

Case No. _____

Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **43** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 15, 2005**_____

Signature **/s/ Brittny Shannon Jones**_____

**Brittny Shannon Jones**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Eastern District of Virginia - Richmond Division

In re    **Brittny Shannon Jones**                                        Case No. _____
                                        Debtor(s)        Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$13,000.00** | **2004 Employment Income** |
| **$8,678.00** | **2003 Employment Income** |
| **$9,664.00** | **2005 Employment Income** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

### 3. Payments to creditors

None
■
a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■
b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Signature Auto Sales<br>7401 Midlothian Tnpk<br>Richmond, VA 23225 | 2/05 | 1996 Mitsubishi Gallant repossessed by Signature Auto Sales in 2/05. |

### 6. Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
□ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Boleman Law Firm, P.C.** **2201 West Broad Street** **Suite 205** **Richmond, VA 23220** | **9/15/05** | **$250 legal fees and costs** |

**10. Other transfers**

None
■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
□

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **453 Western Hills Blvd. #207 Richmond, VA 23225** | **same** | **1 year** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

6

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **September 15, 2005**                         Signature   **/s/ Brittny Shannon Jones**

                                                                                **Brittny Shannon Jones**
                                                                                Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
### Eastern District of Virginia - Richmond Division

In re __Brittny Shannon Jones__           Case No. _____

                Debtor(s)       Chapter    __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a.  Property to Be Surrendered.*

| Description of Property | Creditor's name |
|---|---|
| **-NONE-** | |

     *b.  Property to Be Retained*                   *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| **-NONE-** | | | | |

Date __September 15, 2005__        Signature __/s/ Brittny Shannon Jones__

                                               **Brittny Shannon Jones**
                                               Debtor

Form B203                                                                                              2003 USBC, Eastern District of Virginia

# United States Bankruptcy Court
## Eastern District of Virginia - Richmond Division

In re   **Brittny Shannon Jones**                                                    Case No.
_____
                                          Debtor(s)        Chapter      **7**
                                                                                          _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that
      compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the
      bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept................................................... | $ | **250.00** |
| Prior to the filing of this statement I have received......................................... | $ | **250.00** |
| Balance Due.......................................................................................... | $ | **0.00** |

2.    $  **209.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other *(specify)*

4.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other *(specify)*

5.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
      a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.   Other provisions as needed:
           **Notice to All Parties:  By signature on the original of this document, Debtor(s) understand and agree that legal
           representation in this bankruptcy matter is provided by any or all attorneys of the Boleman Law Firm, P.C. to
           include Julia B. Adair, Laura T. Alridge, G. Russell Boleman III, John R. Bollinger, Michael D. Brooks, James M.
           Flaherty, Deanna H. Hathaway, Marcy W. Huster, Patrick T. Keith, Mark C. Leffler, Richard C. Pecoraro, Sharon C.
           Stuart and Gregory Allen Thomas.  Debtor(s) further authorize any of the above referenced counsel to appear
           before the Court or trustee on behalf of Debtor(s), prepare and sign pleadings and act on behalf of Debtor(s).**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
           **Representation of the debtors in any dischargeability actions, lien avoidances, relief from stay actions or any
           other U.S. Bankruptcy Court proceedings which require representation after the meeting of creditors.**

Form B203                                                                2003 USBC, Eastern District of Virginia

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 15, 2005** | **/s/ Sharon Choi Stuart VSB** |
| *Date* | **Sharon Choi Stuart VSB 45026** |
| | *Signature of Attorney* |
| | |
| | **Boleman Law Firm, P.C.** |
| | *Name of Law Firm* |
| | **P.O. Box 11588** |
| | **Richmond, VA 23230-1588** |
| | **(804) 358-9900   Fax: (804) 358-8704** |

---

*For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $1,500</u>*
*(For all Cases Filed on or after 1/1/2003)*
### NOTICE TO DEBTOR(S) AND STANDING TRUSTEE
### PURSUANT TO LBR 2016-1(C)(5)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(5)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

### PROOF OF SERVICE
The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Local Bankruptcy Rules 2016-1(C)(5)(a) and 2002-1(D)(1)(f), by first-class mail or electronically.

*Date*

*Signature of Attorney*

---

## United States Bankruptcy Court
### Eastern District of Virginia - Richmond Division

In re    **Brittny Shannon Jones**                                          Case No. _____

_____,
                                    Debtor                    Chapter _____**7**_____

## DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**Alexandria Division**
**Cities:**
- ☐ Alexandria-510
- ☐ Fairfax-600
- ☐ Falls Church-610
- ☐ Manassas-683
- ☐ Manassas Park-685

**Counties:**
- ☐ Arlington-013
- ☐ Fairfax-059
- ☐ Fauquier-061
- ☐ Loudoun-107
- ☐ Prince William-153
- ☐ Stafford-179

**Richmond Division**
**Cities:**
- ■ Richmond (city)-760
- ☐ Colonial Heights-570
- ☐ Emporia-595
- ☐ Fredericksburg-630
- ☐ Hopewell-670
- ☐ Petersburg-730

**Counties:**
- ☐ Amelia-007
- ☐ Brunswick-025
- ☐ Caroline-033
- ☐ Charles City-036
- ☐ Chesterfield-041
- ☐ Dinwiddie-053
- ☐ Essex-057
- ☐ Goochland-075
- ☐ Greensville-081
- ☐ Hanover-085
- ☐ Henrico-087
- ☐ King and Queen-097
- ☐ King George-099
- ☐ King William-101
- ☐ Lancaster-103
- ☐ Lunenburg-111
- ☐ Mecklenburg-117
- ☐ Middlesex-119
- ☐ New Kent-127
- ☐ Northumberland-133
- ☐ Nottoway-135
- ☐ Powhatan-145
- ☐ Prince Edward-147
- ☐ Prince George-149
- ☐ Richmond (county)-159
- ☐ Spotsylvania-177
- ☐ Surry-181
- ☐ Sussex-183
- ☐ Westmoreland-193

**Norfolk Division**
**Cities:**
- ☐ Norfolk-710
- ☐ Cape Charles-535
- ☐ Chesapeake-550
- ☐ Franklin-620
- ☐ Portsmouth-740
- ☐ Suffolk-800
- ☐ Virginia Beach-810

**Counties:**
- ☐ Accomack-001
- ☐ Isle of Wight-093
- ☐ Northampton-131
- ☐ Southampton-175

**Newport News Division**
**Cities:**
- ☐ Newport News-700
- ☐ Hampton-650
- ☐ Poquoson-735
- ☐ Williamsburg-830

**Counties:**
- ☐ Gloucester-073
- ☐ James City-095
- ☐ Mathews-115
- ☐ York-199

Date: _____**September 15, 2005**_____

_____
**/s/ Sharon Choi Stuart VSB**
_____
**Signature of Attorney**
**Sharon Choi Stuart VSB 45026**

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this Division.

Ver. 8/22/00

# United States Bankruptcy Court
## Eastern District of Virginia - Richmond Division

In re    **Brittny Shannon Jones** _____    Case No. _____

Debtor(s)         Chapter    **7** _____

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette, by a typed hard copy in scannable format, with Request for Waiver attached, or uploaded by Electronic Case Filing is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) ____ computer diskette listing a total of ____ creditors; or

(b) ____ scannable hard copy, with Request for Waiver attached,  consisting of ____ pages, listing a total of ____ creditors; or

(c) __**X**__ uploaded via Electronic Case Filing a total of __**127**__ creditors.

Date: **September 15, 2005** _____      **/s/ Brittny Shannon Jones** _____

**Brittny Shannon Jones**
Signature of Debtor

*[Check if applicable]* ___ Creditor(s) with foreign addresses included on disk/hard copy.

[diskcs ver. R-05/23/00]

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA - RICHMOND DIVISION
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. **Court employees are prohibited from giving you legal advice.**

**Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee and $15 Trustee fee)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code. You may claim certain of your property exempt under governing law. The trustee may then liquidate the non-exempt property as necessary and use the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

**CLERK OF COURT**

## ACKNOWLEDGMENT

I, the debtor, affirm that I have read this notice.

Dated:  **September 15, 2005**                    **/s/ Brittny Shannon Jones**

                                                                Debtor


                                                                Joint Debtor (if any)

[ver. 9/03 b201]

Office of the US Trustee
600 East Main Street
Suite 301
Richmond, VA 23219


AAC
Re: Bankruptcy
7027 Miller Road
Warren, MI 48092


Academy Collection Srvce
RE: FCNB
10965 Decatur Road
Philadelphia, PA 19154


Accu Check
RE: Walgreens
PO Box 2864
Tuscaloosa, AL 35403-2864


ACS
RE: Dollar General
2285 Murfeesboro Rd, Ste 200
Nashville, TN 37217


Advance America
Re: Bankruptcy
4501 Williamsburg Rd., Ste. W
Richmond, VA 23231


Allied Interstate
PO Box 361444
RE: Sprint PCS
Columbus, OH 43236


American Studios/PCA
c/o Walmart Portrait Studios
2501 Sheila Lane
Richmond, VA 23225


AMO Recoveries
RE: Check Smart
P.O. Box 926200
Norcross, GA 30010-6200

Arrow Financial Services, LLC
RE: Bankfirst
21031 Network Place
Chicago, IL 60673-1210


Arrow Ser.
Re: Bankruptcy
5996 West Touhy Avenue
Niles, IL 60714


Asset Acceptance
RE: Sprint PCS
PO Box 2036
Warren, MI 48090


Asset Acceptance LLC
Re: Target
P.O Box 2036
Warren, MI 48090-2036


Asset Management Group, Inc
407 W. Clay St. Suite B
RE: Sprint PCS
Richmond, VA 23220


AT&T
P.O. Box 8212
Aurora, IL 60572-8212


AT&T BroadBand
Attn: Bankruptcy Dept.
PO BOX 944122
Maitland, FL 32794-4122


AT&T Wireless
Re: Bankruptcy
P.O. Box 8220
Aurora, IL 60572-8220


AT&T- Pittsburgh
Attn: Bankruptcy Dept.
300 Corliss St
Pittsburgh, PA 15220-4815

BankFirst
Attn: Bankruptcy Dept
2600 West 49th Street
Sioux Falls, SD 57105


BCCI A Division of CheckSmart
5720 Avery Road
Dublin, OH 43016


Bennett & DeLoney
RE: Old Navy
PO Box 190
Midvale, UT 84047


Bennett & DeLoney
RE: Security Check LLC
PO Box 190
Midvale, UT 84047


Berkeley & DeGaetini
Re: Hecht's
1301 N. Hamilton, Ste. 200
Richmond, VA 23230


Big Lots
5730 Hopkins Rd.
Richmond, VA 23234


Black Expressions
Member Service Center
PO BOX 6325
Camp Hill, PA 17012-6325


Capital Recovery Service
RE: Virginia Emer. Phys.
P.O. Box 1170
Fairfax, VA 22030-1170


Cash 2 U
3131 Mechannicsville Tnpk
Richmond, VA 23223


Cavalier Telephone
Attn: Bankruptcy Department
P.O. Box 11146
Richmond, VA 23230-9998

CBCS
RE:  Richmond Community Hosp.
P.O. Box 69
Columbus, OH 43216-0069


CBT Credit Services
RE:  City of Richmond
P O Box 1508
Maumee, OH 43537-8508


Certegy Payment Recovery
Re:  Bankruptcy
P.O. Box 30031
Tampa, FL 33630-3031


Certegy Payment Recovery
RE:  Big Lots
P.O. Box 30031
Tampa, FL 33630-3031


Check City
PO BOX 970183
Orem, UT 84097


Check Smart
7015 Staples Mill Rd.
Richmond, VA 23228


Chippenham/JW
Re: Bankruptcy
7101 Jahnke Road
Richmond, VA 23225


Chippenham/JW Hospitals
Attn: Bankruptcy Dept.
P.O. Box 13620
Richmond, VA 23225


Cingular Wireless
826 E. Park Dr.
Grayson, KY 41143


City of Richmond
Dept. Public Utilities
600 East Broad St.
Richmond, VA 23219

```
CMI Collection
4200 International Parkway
RE: Comcast
Carrollton, TX 75007


CMI Collection
4200 International Parkway
Carrollton, TX 75007


Columbia House
Attn: Bankruptcy Dept
1400 N. Fruitridge Ave.
Terre Haute, IN 47812


Comcast
Attn: Bankruptcy Dept
6510 Iron Bridge Road
Richmond, VA 23234-5294


Credit Management Inc.
RE: Comcast
4200 International Pkwy.
Carrollton, TX 75007


Diversified Consulting, Inc.
Re: Bankrutpcy
PO Box 551268
Jacksonville, FL 32256


Dollar General Corporation
Re: Bankruptcy
1638 W. State Street
Baden, PA 15005


Dominion Virginia Power
Attn: Bankruptcy Dept.
PO Box 26543
Richmond, VA 23290-0001


Drive Time
P O Box 52011
Phoenix, AZ 85072-2011
```

Dymacol, Inc.
3070 Lawson Blvd.
P.O. Box 9017
Oceanside, NY 11572-9017


Encore Receivable Management
RE: MCI Telecommunications
P.O. Box 3330
Olathe, KS 66063-3330


Evercom
8201 Tristar Drive
Irving, TX 75063


Express Check Advance of VA
5203 S. Laburnum Ave
Richmond, VA 23231


FCNB
Attn: Bankruptcy Dept
P.O. Box 2210
Portland, OR 97208-2210


Financial Asset Management
Re: Sprint PCS
PO BOX 620429
Atlanta, GA 30362


First Revenue Assurance
RE:  Cingular Wireless
P.O. Box 5818
Denver, CO 80217


First Union
Attn: Bankruptcy
P.O. Box 563966
Charlotte, NC 28256


Frye Properties
Hilltop North Apts.
3508 E. Richmond Rd., Ofc 11
Richmond, VA 23223

GC Services
RE: MCI
P.O. Box 36796
Houston, TX 77236


Great Seneca Financial Corp.
RE: Household
P.O. Box 1651
Rockville, MD 20849


Grolier Credit Services
Attn: Bankruptcy Department
P.O. Box 1757
Danbury, CT 06816-1757


Hecht's
May Credit Service Ctr.
111 Boulder IndustrialDr
Bridgeton, MO 63044


Heilig Meyers
Claims Administrator
P.O. Box 3240
Portland, OR 97208-3240


Household
PO BOX 98715
Las Vegas, NV 89193-8715


Household Bank/ Orchard
Attn: Bankruptcy Dept.
PO Box 81622
Salinas, CA 93912-1622


HSBC NV
Re: Bankruptcy
1441 Schilling Place
Salinas, CA 93901


Insurance Billing Service Inc.
RE: Bankruptcy
P.O. Box 35803
Richmond, VA 23235

JBC Legal Group
RE:  Pizza Hut
2 Broad Street 6th floor
Bloomfield, NJ 07003-2550


JP Recovery Service
PO BOX 16749
Rocky River, OH 44116-0749


Law Office Richard Seierstad
RE:  Drive Time
P.O. Box 570
Sauk Rapids, MN 56379-0570


Law Offices of Mitchell N. Kay
P.O. Box 9006
RE:  FCNB
Smithtown, NY 11787-9006


Marlin Intergra
Re:  Bankruptcy
P.O. Box 967
Horsham, PA 19044-0967


MCI
P.O. Box 4644
Iowa City, IA 52244-4644


MCI Telecommunications
Attn: Bankruptcy
3470 Rider Trl S
Earth City, MO 63045-1109


MCV Hospitals
Attn: Bankruptcy Dept
P.O. Box 980462
Richmond, VA 23298-0462


MCV Hospitals
P.O. Box 26728
Richmond, VA 23261-6728


MCV Physicians
Attn: Bankruptcy Dept
1605 Rhoadmiller Street
Richmond, VA 23220

```
MRI
RE: Verizon
P.O.Box 784
Harrisburg, PA 17108


National Asset Management
PO BOX 724747
RE: Sprint PCS
Atlanta, GA 31139


NCO Financial Sys., Inc.
RE : Cavalier Telephone
P.O. Box 41417
Philadelphia, PA 19101-1417


NCO Financial Sys., Inc.
RE: Evercom - NCO
P.O. Box 41417 Dept. 99
Philadelphia, PA 19101


NCO Financial Sys., Inc.
RE: AT&T
P.O. Box 41417 Dept. 99
Philadelphia, PA 19101-1417


Newport News
Card Processing Ctr
P.O. Box 9204
Old Bethpage, NY 11804


Nextel Communications
11551 Nuckols Road
Glen Allen, VA 23059


NTelos/Primeco
Attn: Bankruptcy Department
P.O. Box 580423
Charlotte, NC 28258-0423


Ogden Check Approval
Re: Pizza Hut
1445 Kempsville Road
Virginia Beach, VA 23464-7301
```

Old Navy
Re: Bankruptcy
P.O. Box 103090
Roswell, GA 30076


Park Dansan
RE: Ntelos Wireless
P.O. Box 248
Gastonia, NC 28053


Park Danson
RE: MCI
P.O. Box 248
Gastonia, NC 28053


Payday USA
3725 Mechanicsville Tnpk
Richmond, VA 23223


Penn Credit Corporation
RE: Verizon
PO Box 988
Harrisburg, PA 17108-0988


Penn Credit Corporation
RE: Black Expressions
PO Box 988
Harrisburg, PA 17108-0988


Pizza Hut - Corporate Office
Re: Bankruptcy
2824 Bill Owens Pky
Longview, TX 75605


Pregressive Financial Services
RE: American Studios/ PCA
PO BOX 790
Mesa, AZ 85211-0790


Reader's Digest
Attn: Bankruptcy Dept.
P.O. Box 5218
Clifton, NJ 07015-5218

```
Richmond Community Hospital
Attn: Bankruptcy Department
P.O. Box 27184
Richmond, VA 23261


Richmond Redevelopment
and Housing Authority
918 Chamberlayne Pkwy.
Richmond, VA 23220


Riddle & Associates
RE: Bankruptcy
PO Box 1187
Sandy, UT 84091


Risk Management Alt.
RE: Wachovia
PO BOX 105236
Atlanta, GA 30348


RMCB
RE: Grolier
2269 S. Saw Mill River Rd., #
Elmsford, NY 10523


RSKMGTNAN3
Re:  First Union
2675 Breckinridge Blvd
Duluth, GA 30096


RSKMGTWSRV
Re:  Verizon
2675 Breckenridge Blvd.
Duluth, GA 30096


Security Check, LLC
Re: Bankruptcy
P.O. Box 1211
Oxford, MS 38655-1211


Security Credit Systems
P.O. Box 846
RE: Insurance Billing Service
Buffalo, NY 14240
```

Signature Auto Sales
7401 Midlothian Tnpk
Richmond, VA 23225


Solomon & Solomon
Re: Verizon
Box 15019
Albany, NY 12212-5019


Somerset Glen Apartments
Attn: Bankruptcy Department
406 Westover Hills Boulevard
Richmond, VA 23225


Southwest Credit Systems
RE: Cingular Wireless
5910 W. Plano Pky, Ste 100
Plano, TX 75093-4638


Sprint PCS
P O Box 740602
Cincinnati, OH 45274-0602


Step N Style
1601 Willow Lawn Drive
Richmond, VA 23230


SunCom
Attn: Bankruptcy Dept.
PO BOX 96067
Charlotte, NC 28296-0067


Target/Retailers Nat Bnk
Re: Bankruptcy
900 W. Sproul Road
Springfield, PA 19064


TeleCheck Recovery
Re: Step N Style
Dept 74
Denver, CO 80281-0074


TeleCheck Recovery
Re: Old Navy
Dept 74
Denver, CO 80281-0074

Telecom USA
RE:  Bankruptcy
P.O. Box 17890
Denver, CO 80217-0890


Time Inc.
P.O. Box 60001
Tampa, FL 33660


TOSH inc.
3906 Hull Street
Richmond, VA 23224


Town & Country Apartments
Re: Bankruptcy
6551 Elmbridge Rd.
Richmond, VA 23225


TPG
PO BOX 56861
Boulder, CO 80322-6861


Transworld Systems Inc
RE: Virginia Credit Union
4560 South Blvd, Ste.100
Virginia Beach, VA 23452


VAC LLLP
RE:  Bankruptcy
2400 Milhaven Drive
Richmond, VA 23233


Verizon
Attn: Bankruptcy Dept
P.O. Box 17577
Baltimore, MD 21297-0513


Virginia Credit Union
Attn: Barbara Bowles
P.O. Box 90010
Richmond, VA 23225


Virginia Emerg Physicians
RE: Bankruptcy
P.O. Box 85597
Richmond, VA 23285-5597

Wachovia
PO BOX 3117
Winston Salem, NC 27102


Walgreens
5122 Hull Street Rd.
Richmond, VA 23224


WFNNB/EXPRESS
Attn: Bankruptcy Dept
220 W. Schrock Road
Westerville, OH 43081


William K Grogan & Assoc
RE:  Somerset Glen Apts.
206 East Cary Street
Richmond, VA 23219


Wolpoff & Abramson
Re:  Great Seneca/ Household
10605 Judicial, Bldg A-5
Fairfax, VA 22030